NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5094

FRANK E. FISHER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 00-CV-740,
Senior Judge Eric G. Bruggink.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Frank E. Fisher moves without opposition for a 33-day extension of time, until December 1, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

NOV 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edward A. Zimmerman, Esq.
    Douglas K. Mickle, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2009

JAN HORBALY
CLERK